UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARK J. POLK, and RV SAVVY PRODUCTIONS, INC. d/b/a RV EDUCATION 101®,<br><br>Plaintiffs,<br><br>v.<br><br>KAMPGROUNDS OF AMERICA, INC., and JANE DOES 1-100,<br><br>Defendants. | Civ. Action No. 5:24-CV-466-FL |

### ORDER REGARDING ENTRY OF STIPULATED ESI PROTOCOL

This matter is before the Court on the Parties' Joint Motion for Entry of Stipulated ESI Protocol. The Parties request that the Court enter a protocol to govern the discovery of electronically stored information ("ESI") in this matter. The Court, having reviewed the proposed Stipulated ESI Protocol, finds that good cause exists for entry of the protocol.

It is therefore ORDERED that the Stipulated ESI Protocol attached hereto shall govern the discovery of ESI in this case, this the 15th day of May, 2025.

_____
**The Honorable Louise Flanagan**
United States District Judge